IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ROYCE SHYE | ) | |
| | ) | |
| v. | ) | NO:   2:13-0113 |
| | ) | |
| W.B. MELTON, et al. | ) | |

**O R D E R**

The pro se prisoner plaintiff in this action has filed a motion (Docket Entry No. 18) for evidentiary discovery, in which he seeks an order from the Court requiring the defendants to provide him with seven categories of information.

The motion is DENIED. As a general matter, the plaintiff is advised that discovery requests should be served on the defendants and not sent to the Court. Additionally, it appears to the Court that the discovery sought by the plaintiff is the type of request which a defendant would make in a criminal proceeding and the requested information has nothing to do with the facts and claims in the instant case. In fact, the plaintiff repeatedly referred in his motion to the Tennessee Rules of Criminal Procedure. The Court further notes that the plaintiff filed an identical motion in another civil action that he has currently pending in this district. See Shye v. Melton, et al., 2:13:0130, at Docket Entry No. 15.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge