**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ROYCE D. SHYE** | ) | |
| | ) | |
| v. | ) | **No. 2:13-0113** |
| | ) | **Judge Sharp** |
| **W.B. MELTON, et al.** | ) | |

### ORDER

Magistrate Judge Griffin has entered a 16-page Report and Recommendation ("R & R") (Docket No. 58), recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 36) be granted.  No objections have been filed to the R & R.

Having conducted a *de novo* review of the record in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.  Accordingly,

(1) The R & R (Docket No. 58) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 36) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE